

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KENNETH J. COTTON**                                      CIVIL ACTION

**VERSUS**                                                 NO. 00-0138

**CORP. DENNIS LECOMPTE, JR.**                             SECT. "T" (3)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 13th day of March, 2000.

DATE OF ENTRY

MAR 1 4 2000

UNITED STATES DISTRICT JUDGE

Fee_____
Process____
X Dktd____
CtRmDep___
Doc.No.___