

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KENNETH J. COTTON**                              CIVIL ACTION

**VERSUS**                                          NO. 00-0138

**CORP. DENNIS LECOMPTE, JR.**                     SECT. "T" (3)

<u>**J U D G M E N T**</u>

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendant, Corporal Dennis LeCompte, Jr., and against plaintiff, Kenneth J. Cotton, dismissing plaintiff's Section 1983 claims with prejudice.

New Orleans, Louisiana, this 13th day of March 2000.

DATE OF ENTRY

MAR 1 4 2000

UNITED STATES DISTRICT JUDGE

____ Fee _____
____ Process _____
X  Dktd
____ CtRmDep
   Doc.No. 5